# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of September, two thousand twenty-four.

Before:     Reena Raggi,
               Denny Chin,
               Richard J. Sullivan,
                     *Circuit Judges*,

---

United States of America,

        Appellee,

v.

Joseph Percoco, Steven Aiello, Joseph Gerardi, Louis Ciminelli, Alain Kaloyeros, AKA Dr. K,

        Defendants - Appellants,

Peter Galbraith Kelly, Jr., Michael Laipple, Kevin Schuler,

        Defendants.

---

**JUDGMENT**

Docket Nos. 18-2990-cr (L)*, 18-3710 (Con), 18-3712(Con) 18-3715 (Con), 18-3850(Con)

The appeals in the above captioned case from judgments of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Appellants' convictions for wire fraud and wire fraud conspiracy are VACATED, Aiello's conviction for conspiracy to commit honest-services wire fraud is VACATED, and Gerardi's false statement conviction is AFFIRMED. The case is REMANDED for further proceedings consistent with this Court's opinion.

                For the Court:
                Catherine O'Hagan Wolfe,
                Clerk of Court

---

* Nos. 18-2990 (L) and 19-1272 (Con) were determined by opinion filed September 5, 2023. *See United States v. Percoco*, 80 F.4th 393 (2d Cir. 2023) (*per curiam*). The September 23, 2024 opinion determines the remaining appeals.